UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case Number 1:17-PO-927 |
| LAYLA R. BOTWINIK,<br>*Defendant.* | |

## ORDER

This matter came on for a hearing before the Court upon a petition and addendum filed by the United States Probation Office, alleging that the defendant violated certain conditions of probation. The defendant appeared with counsel and requested a brief continuance. Accordingly, it is hereby

ORDERED that the violation hearing is continued until Tuesday, December 19, 2017, at 10:00 a.m. It is further ORDERED that defendant's conditions of supervision are modified to include the following additional conditions: (1) defendant shall not consume any alcohol, and (2) defendant shall submit remote alcohol testing, as directed by the Probation Office. All other conditions previously imposed remain in full force and effect.

/s/
Michael S. Nachmanoff
United States Magistrate Judge
Michael S. Nachmanoff
United States Magistrate Judge

December 12, 2017
Alexandria, Virginia