UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED

DEC 19 2017

UNITED STATES OF AMERICA

v.

Case Number 1:17-po-927

LAYLA R. BOTWINIK,
*Defendant.*

## ORDER

This matter came on for a hearing before the Court upon a petition and addendum filed by the United States Probation Office, alleging that the defendant violated certain conditions of probation. The defendant appeared with counsel and admitted violating certain terms of probation. Based on the defendant's admission and for reasons stated from the bench, the Court finds the defendant in violation of the terms of probation. Accordingly, it is hereby

ORDERED that defendant is continued on the same terms and conditions of probation as previously imposed, including the conditions added on December 12, 2017 (Dkt. # 20).

/s/
Michael S. Nachmanoff
United States Magistrate Judge

Michael S. Nachmanoff
United States Magistrate Judge

December 19, 2017
Alexandria, Virginia